IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE NELSON LARGE, III

       Petitioner,                    No. CIV-S-05-1093 DFL KJM P

      vs.

A. SCRIBNER,

       Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

       The court requires all petitions for writ of habeas corpus be filed on the proper form, which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

       Petitioner is hereby notified that in order for this court to review his application, he must re-file his petition on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information as called for by the form.

/////

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Petitioner's application for writ of habeas corpus is dismissed with leave to
3  amend within thirty days from the date of this order;

4       2. Any amended petition must be filed on the form employed by this court and
5  must state all claims and prayers for relief on the form.  It must bear the case number assigned to
6  this action and must bear the title "Amended Petition"; and

7       3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
8  application.

9  DATED: December 20, 2005.

         _____
         UNITED STATES MAGISTRATE JUDGE

---

1
larg1093.115

2