IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE NELSON LARGE, III,

      Petitioner,               No. CIV S-05-1093 DFL KJM P

   vs.

A. SCRIBNER,

      Respondent.         ORDER

_____/

      Respondent has requested an extension of time to file a response to petitioner's application for writ of habeas corpus pursuant to the court's order of November 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's request for an extension of time is granted; and

      2. Respondent is granted thirty days from the date of this order in which to file a response to petitioner's application for writ of habeas corpus. Petitioner's traverse shall be filed thirty days thereafter.

DATED: February 9, 2007.

U.S. MAGISTRATE JUDGE

1
larg1093.111