1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**BRUCE NELSON LARGE, III**                        CIV S-05-1093 DFL KJM P

12                                    Petitioner,    **ORDER**

13

                     **v.**

14

**A. SCRIBNER, WARDEN,**

15

                                    Respondent.

16

17

18              GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have

19    until May 19, 2007, to answer or file another pleading responsive to the petition for writ of habeas

20    corpus.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the

21    court and serving it on respondent on or before June 19, 2007.

22    DATED:  March 21, 2007.

23                                    _____

24                                    U.S. MAGISTRATE JUDGE

25

26

27

28

Order - *Large v. Scribner* - CIV S-05-1093 DFL KJM  P