IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE NELSON LARGE, III,

    Petitioner,               No. CIV S-05-1093 RRB KJM P

    vs.

A. SCRIBNER,

    Respondent.         <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of February 9, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 13, 2007 motion for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before July 19, 2007.

DATED: June 20, 2007.

                                              _____
                                              U.S. MAGISTRATE JUDGE

/mp
larg1093.111(2)