IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE NELSON LARGE, III,

      Petitioner,                    No. CIV S-05-1093 JAM KJM P

    vs.

A. SCRIBNER,

      Respondent.                  ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a request to proceed in forma pauperis on appeal. Examination of the in forma pauperis affidavit reveals that plaintiff is unable to afford the costs of appeal. Therefore, IT IS HEREBY ORDERED that the request for leave to proceed in forma pauperis on appeal is granted. See 28 U.S.C. § 1915(a).

DATED: June 8, 2009.

                                            _____
                                            U.S. MAGISTRATE JUDGE

1
larg1093.4a