IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE NELSON LARGE, III,

       Petitioner,                       No. CIV S-05-1093 JAM KJM P

   vs.

A. SCRIBNER,

       Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 5, 3009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1     For the reasons set forth in the magistrate judge's September 5, 2008 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, a certificate of appealability should not issue in this action.
4     IT IS SO ORDERED.
5 DATED: June 23, 2009
6
7                                       /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE
8 larg1093.830